Dwight Xavier JONES, Plaintiff–
Appellant,

v.

Patsy McDANIEL, Lexington County
Detention Center; Major Quig, Lex-
ington County Detention Center;
Captain Ronald O'Neill, Lexington
County Detention Center, Defen-
dants–Appellees,

and

Melody James, Cayce Magistrate Court
Judge; PSO Bradacs; Cayce Public
Safety, Defendants.

No. 12–7685.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 16, 2012.

Dwight Xavier Jones, Appellant Pro Se.
Daniel C. Plyler, Davidson & Lindemann,
PA, Columbia, South Carolina, for Appel-
lees.

Before NIEMEYER, GREGORY, and
DIAZ, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dwight Xavier Jones, a South Carolina
prisoner, seeks to appeal the district
court's orders adopting the recommenda-
tions of the magistrate judge and dismiss-
ing his civil action. Appellees Major Quig
and Captain Ronald O'Neill and Defendant
PSO Bradacs move to dismiss the appeal
for lack of jurisdiction and for suspension
of the deadline to file an informal response
brief. After review of the record and the
motion to dismiss, we dismiss the appeal
for lack of jurisdiction because the notice
of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court entered judgment on
August 15, 2012. The notice of appeal was
filed on September 17, 2012.* Because
Jones failed to file a timely notice of ap-
peal or to obtain an extension or reopening
of the appeal period, we dismiss the appeal
and deny as moot the motions to dismiss
and for suspension of the deadline to file
an informal response brief. We also deny
as moot Jones' motion to proceed with an
appeal to the Supreme Court. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

---

* Jones admits in his informal brief that he
delivered the notice of appeal to prison offi-
cials for mailing to the court on September
17, 2012. Accordingly, we treat this date as
the filing date for the notice of appeal. *See*
Fed. R.App. P. 4(c); *Houston v. Lack,* 487
U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d
245 (1988).

and argument would not aid the decisional process.

*DISMISSED.*